IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03155-RBJ

STEVEN M. DENENBERG,

    Plaintiff,

v.

LED TECHNOLOGIES, LLC, a Colorado limited liability company,

    Defendant.

## ORDER TO SET STATUS/SCHEDULING CONFERENCE

This matter comes before the Court *sua sponte*. This case was recently transferred to the District of Colorado from the District of Nebraska. The parties are ordered to set a status/scheduling conference in this Court (with Judge Jackson) within thirty days of service of this order. Each party's lead trial counsel shall attend the conference. The purpose of this conference is to determine what the status of the case is, what pending motions require the Court's attention, and to schedule further proceedings and deadlines if necessary.

The conference shall be held in Courtroom A-702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are directed to jointly contact Mary DeRosa by telephone at (303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a status/scheduling conference date.

DATED this 8th day of December, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge